**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mission Autos, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  MIssion Autos** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0987399** |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| | **Mission Auto, Inc.** <br> **Attn: Dan Pham, President** <br> **3650 Pleasant Knoll Court** <br> **San Jose, CA 95148-1925** |
| **25858 Mission Blvd.** <br> **Hayward, CA 94544** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Alameda** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4411__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

| Statistical and administrative information |
|---|

**13. Debtor's estimation of available funds**      *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 3 of 46

☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 25, 2023**
               MM / DD / YYYY

**X** **/s/ Dan Quoc Pham** _____       **Dan Quoc Pham** _____
Signature of authorized representative of debtor      Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Matthew D. Metzger** _____     Date   **May 25, 2023** _____
Signature of attorney for debtor                            MM / DD / YYYY

**Matthew D. Metzger 240437**
Printed name

**Belvedere Legal, PC**
Firm name

**1777 Borel Place, Suite 314**
**San Mateo, CA 94402**
Number, Street, City, State & ZIP Code

Contact phone   **415-513-5980**     Email address   **info@belvederelegal.com**

**240437 CA**
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 25, 2023**     **X** */s/ Dan Quoc Pham*
                                             Signature of individual signing on behalf of debtor

                                                  **Dan Quoc Pham**
                                                  Printed name

                                                  **President**
                                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Mission Autos, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................................   $     **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..........................................................................................   $     **18,254.28**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................................   $     **18,254.28**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **1,731,575.52**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **400,291.53**

4.   **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b       $     **2,131,867.05**

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 7 of 46

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Checking Account X4019 (closed by Chase on 4/25/2023)** | **Checking** | **4019** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$0.00**

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **security deposit** Location: landlord of 25858 Mission Blvd, Hayward, CA 94544 | **$9,500.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    **$9,500.00**

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 8 of 46

| Debtor | Mission Autos, Inc. | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| fixed asset computers | $2,911.74 | Tax records | $0.00 |
| fixed asset furniture | $0.00 | Tax records | $8,754.28 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $8,754.28 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Case: 23-40604   Doc# 1   Filed: 05/25/23   Entered: 05/25/23 21:09:58   Page 9 of 46

Debtor **Mission Autos, Inc.**

Name

Case number *(If known)* _____

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br><br>**goodwill - and any and all collateral for UCC recordings** | **$0.00** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|---|

| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |
|---|---|

■ No

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 3

☐ Yes

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 11 of 46

Debtor  **Mission Autos, Inc.**              Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,754.28 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18,254.28 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $18,254.28 |

**Fill in this information to identify the case:**

Debtor name **Mission Autos, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1  Automotive Finance Corporation**
Creditor's Name

**Attn: Current Officer**
**13085 Hamilton Crossing**
**Blvd, Suite 300**
**Carmel, IN 46032**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/5/2019**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Automotive Finance Corporation**
**2. California Depart of Tax & Fee Admin.**
**3. U.S. Small Business Administration**
**4. NextGear Capital, Inc.**

Describe debtor's property that is subject to a lien
**Chase Checking Account X4019 (closed by Chase on 4/25/2023) Checking Acct# 4019**

Describe the lien
**UCC Lien (197700250526)**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$0.00**    Column B: **$0.00**

**2.2  California Depart of Tax & Fee Admin.**
Creditor's Name

**Account Information Group, MIC: 29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Chase Checking Account X4019 (closed by Chase on 4/25/2023) Checking Acct# 4019**

Describe the lien
**UCC Lien**

Column A: **$205,451.27**    Column B: **$0.00**

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 13 of 46

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/14/2023**

**Last 4 digits of account number**
**4942**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.3 | **California Depart of Tax & Fee Admin.** | **Describe debtor's property that is subject to a lien** | $205,451.27 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA
94279-0029**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Chase Checking Account X4019 - Checking - Acct# 4019**

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/21/2022**

**Last 4 digits of account number**
**1932**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.4 | **Kinetic Advantage, LLC** | **Describe debtor's property that is subject to a lien** | $376,742.54 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Current Officer
10333 N. Meridian Street,
Suite 400
Indianapolis, IN 46290-1112**

Creditor's mailing address

**flooring line of credit liability**

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/21/2022**

**Last 4 digits of account number**
**1126**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Mission Autos, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **NextGear Capital, Inc.** | Describe debtor's property that is subject to a lien | $928,930.44 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Current Officer
11799 N. College Ave.
Carmel, IN 46032-5605**

Creditor's mailing address

**Chase Checking Account X4019
(closed by  Chase on 4/25/2023)
Checking
Acct# 4019**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/30/2014**

**Last 4 digits of account number**
**9924,5951**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $15,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn:  District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105**

Creditor's mailing address

**Chase Checking Account X4019
(closed by  Chase on 4/25/2023)
Checking
Acct# 4019**

**Describe the lien**
**UCC Lien (#207781715210)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/27/2020**

**Last 4 digits of account number**
**7402**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,731,575.52 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name **Mission Autos, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,346.70**

**700 Credit**
**Attn: Current Officer**
**P.O. Box 101015**
**Pasadena, CA 91189-0003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit report check fee

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,072.10**

**Ally Bank**
**Attn: Current Officer**
**P.O. Box 383902**
**Minneapolis, MN 55438-0902**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unearned discount, VSC/Gap cancel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bank of Stockton**
**Attn: Current Officer**
**555 W. Benjamin Holt Drive, Suite 312**
**Stockton, CA 95207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,792.66**

**BARR Credit Services**
**Attn:  Current Officer**
**3444 N country Club Road, Suite 200**
**Tucson, AZ 85716**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Collection for CARFAX claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$883.00** |
|---|---|---|---|

**California Dept. of Motor Vehicles**
P.O. Box 942869
Sacramento, CA 94232-3660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,792.66** |
|---|---|---|---|

**CARFAX, Inc.**
Attn: Current Officer
16630Collection Center Drive
Chicago, IL 60093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _software subscription_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,380.05** |
|---|---|---|---|

**CIG Financial, LLC**
Attn: Current Officer
P.O. Box 19795
Irvine, CA 92623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97.00** |
|---|---|---|---|

**City of Menlo Park**
Attn: City Counsel
701 Laurel Street
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _parking violation_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,365.33** |
|---|---|---|---|

**Consumer Portfolio Services, Inc.**
Attn: Current Officer
19500 Jamboree Road, Suite 600
Irvine, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _GAP/Warranty cancel, reserve pay back_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$414.46** |
|---|---|---|---|

**Corodata Shredding, Inc.**
Attn: Curent Officer
P.O. Box 846137
Los Angeles, CA 90084-6137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _shredding services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,192.04** |
|---|---|---|---|

**Cox Automotive Inc.**
Attn: Current Officer
P.O. Box 105156
Atlanta, GA 30348-5156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40604   Doc# 1   Filed: 05/25/23   Entered: 05/25/23 21:09:58   Page 18 of 46

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,856.12** |

DealerCenter
Attn: Current Officer
4751 Wilshire Blvd, Suite 205
Los Angeles, CA 90010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Diego Ruiz
SADR Law Firm APLC
1455 Frazee Rd., Ste 500
San Diego, CA 92108-4350

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SADR Law Firm APLC v. Mission Autos Inc.**
**San Diego County Superior Court Case No.**
**37-2017-00042820-CL-BT-CTL**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

EGV Companies, Inc.
Attn: Current Officer
16150 Main Circle Drive, Suite 410
Chesterfield, MO 63017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Emmett Gilman
The Gilman Law Firm
500 California Street, Suite 1663
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Fastrack
Attn: Current Officer
P.O. Box 26911
San Francisco, CA 94123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,753.00** |

Global Lending Services
Attn:  Current Officer
P.O. Box 970
Wilmington, OH 45177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GAP cancel.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Case: 23-40604   Doc# 1   Filed: 05/25/23   Entered: 05/25/23 21:09:58   Page 19 of 46

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua P. Friedman & Associates, Inc.**
**23679 Calabasas Road, Suite 377**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **counsel for Westlake Services LLC dba Westlake Financial Services ("Westlake") in matter Westlake v. Dan Pham - notice only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,274.06 |
|---|---|---|---|

**JPMorgan Chase Bank**
**Attn: Jamie Dimon, CEO**
**1111 Polaris Pkwy**
**Columbus, OH 43240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **business credit card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,745.00 |
|---|---|---|---|

**Law Offices of Gary A. Weis**
**Attorney at Law**
**17451 Sarita Avenue**
**Canyon Country, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **attorney collectdion demand, counsel for Spireon**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $193.79 |
|---|---|---|---|

**Linebarger Goggan Blair & Sampson, LLP**
**Attorney at Law**
**5801 Soundview Drive NW, Suite 50B**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **collection demand**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lobel Financial**
**Attn: Current Officer**
**P.O. Box 3000**
**Anaheim, CA 92803-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **notice only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Luis Camacho**
**c/o Pauliana N. Lara**
**Consumer Action Law Group, P.C**
**3700 Eagle Rock Boulevard**
**Los Angeles, CA 90065**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Camacho v. Mission Auto Inc d/b/a Mission Autos et al, Alameda County Superior Court Case No.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Manheim**
**Attn: current officer**
**P.O. Box 105511**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **notice only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40604   Doc# 1   Filed: 05/25/23   Entered: 05/25/23 21:09:58   Page 20 of 46

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Meriwest Credit Union**
**Attn: Current Officer**
**5615 Chesbro Ave.**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nor Cal Auto, LLC**
**Attn: Managing Member/current officer**
**2975 El Camino Real**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**O'Hagan Meyer LLC**
**1 East Wacker Drive, Suite 3400**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ongaro PC**
**1604 Union Street**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,745.00** |
|---|---|---|---|

**RG Financial Groups, LLC**
**313 Gabriel Circle # 1**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __collection company - original creditor Spireon.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**San Mateo Credit Union**
**Attn: Current Officer**
**P.O. Box 910**
**Redwood City, CA 94064-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$478.00** |
|---|---|---|---|

**SF Treasurer and Tax Collector**
**City and County of San Francisco**
**Bureau of Delinquent Revenut Dept.**
**P.O. Box 7027**
**San Francisco, CA 94120-7024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __parking citation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $563.00 |
|---|---|---|---|

**SFMTA**
**Customer Servive Center**
**11 South Van Ness Avenue**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **parking violation**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,250.00 |
|---|---|---|---|

**Southern Auto Finance Company, LLC**
**Attn: Current Officer**
**P.O. Box 1808**
**Pompano Beach, FL 33061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GAP/warranty cancellation charge**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,745.00 |
|---|---|---|---|

**Spireon**
**Attn: Current Officer**
**18881 Von Karman Ave., Suite 1500**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **unpaid invoice (Lockjack GPS units)**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,509.85 |
|---|---|---|---|

**US Bank Equipment Finance**
**Attn: Current Officer**
**P.O. Box 790048**
**Saint Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **early contract termination penalty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Veritas Global Protection**
**Attn: Current Officer**
**3550 N. Central Ave.**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **notice only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173,468.00 |
|---|---|---|---|

**Westlake Flooring Company, LLC**
**Attn: Current Officer**
**4751 Wilshier Blvd, Suite 100**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/16/2019**

Basis for the claim:  **Flooring Line of Credit**

Last 4 digits of account number **2524**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,374.71 |
|---|---|---|---|

**Westlake Services, LLC**
**c/o Joshua P. Friedman & Assoc. Inc.**
**23679 Calabasas Road, Suite 377**
**Calabasas, CA 91302**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Westlake Services, LLC v. Dan Pham - Los Angeles Count Superior Court Case No. 23STCV09000.  Based on contract attached to lawsuit, proper defendant is the Debtor.**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Mission Autos, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **City of Menlo Park**<br>**P.O. Box 1329**<br>**San Jose, CA 95109-1329** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **JPMorgan Chase Bank, N.A.**<br>**Attn: Jamie Dimon, Current Officer**<br>**P.O. Box 182051**<br>**Columbus, OH 43218-2051** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **SFMTA**<br>**P.O. Box 649007**<br>**San Francisco, CA 94164-9007** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 400,291.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 400,291.53 |

**Fill in this information to identify the case:**

Debtor name **Mission Autos, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 24 of 46

Debtor name **Mission Autos, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ally Financial, Inc.** | **Attn: Current Officer Ally Detroit Center 500 Detroit, MI 48226** | Diego Ruiz | ☐ D _____ <br> ■ E/F __3.13__ <br> ☐ G _____ |
| 2.2 | **Dan Pham** | **3650 Pleasant Knoll Ct. San Jose, CA 95148** | **Westlake Services, LLC** | ☐ D _____ <br> ■ E/F __3.38__ <br> ☐ G _____ |
| 2.3 | **Dan Pham** | **3650 Pleasant Knoll Ct. San Jose, CA 95148** | **NextGear Capital, Inc.** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Hudson Insurance Company** | **Attn: Current Officer 851 Napa VAlley Corporate WAy, Sutie N Napa, CA 94558** | Luis Camacho | ☐ D _____ <br> ■ E/F __3.23__ <br> ☐ G _____ |

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 25 of 46

| Debtor | **Mission Autos, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Westlake Services, LLC** | **c/o Joshua P. Friedman & Assoc, Inc. 23679 Calabasas Road, Suite 377 Calabasas, CA 91302** | **Luis Camacho** |

☐ D _____
■ E/F __3.23__
☐ G _____

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 26 of 46

| Fill in this information to identify the case: |
|---|

Debtor name **Mission Autos, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,240,774.86** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$11,712,971.40** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 27 of 46

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **NextGear Capital, Inc.** **Attn: Current Officer** **11799 N. College Ave.** **Carmel, IN 46032-5605** | **vehicles repossessed.  vehicles taken for sale at auction.  See Exhibit A.** Last 4 digits of account number: _____ | **March 2023** | **$135,691.00** |

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **NextGear Capital, Inc. v. Mission Autos, Inc., Dan Quoc Pham** **29D01-2302-PL-001571** | **1) breach of contract; 2) breach of guaranty; 3) conversion** | **Hamilton Superior Court 1** **1 N. 8th Street** **Noblesville, IN 46060** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Westlake Services, LLC v. Dan Pham, Does 1-10** **Debtor not named as Defendant but Debtor is named as a party on the contract attached to the Complaint.** **23STCV09000** | **1) breach of contract** **2) common counts** | **Los Angeles County Superior Court** **Central District - Stanley Mosk Courthou** **111 North Hill Street** **Los Angeles, CA 90012** | ■ Pending ☐ On appeal ☐ Concluded |

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 28 of 46

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Diego Ruiz v. Mission Autos, Inc. ; Ally Financial, Inc.**<br>**37-2017-00042820-CL-BT-CTL** | **1) CLRA allegations, 3) Bus. & Prof. Code §17200, 3) Civil Code §1632** | **San Diego County Superior Court**<br>**1100 Union Street**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Luis Camacho v. Mission Auto Inc.; Westlake Financial Services/ Hudson Insurance Company**<br>**HG20062975** | **Violation of CLRA; Claim Against Bond** | **Alameda County Superior Court Case No.**<br>**330 Washington Street**<br>**Oakland, CA 94607** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 29 of 46

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Belvedere Legal, PC**<br>**1777 Borel Place, Suite 314**<br>**San Mateo, CA 94402**<br><br>Email or website address<br>**info@belvederelegal.com**<br><br>Who made the payment, if not debtor?<br>**Dan Pham** | **Attorney Fees** | **5/11/2023** | **$5,000.00** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 30 of 46

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

�■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JPMorgan Chase Bank Attn: Jamie Dimon, CEO 1111 Polaris Pkwy Columbus, OH 43240** | **XXXX-4019** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/25/2023** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 31 of 46

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Case: 23-40604    Doc# 1    Filed: 05/25/23    Entered: 05/25/23 21:09:58    Page 32 of 46

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Dan Pham | 3650 Pleasant Knoll Ct. San Jose, CA 95148 | President | 100% of shares. |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Dan Pham 3650 Pleasant Knoll Ct. San Jose, CA 95148 | $88,300 (salary/draw) | May 1, 2022 through May 25, 2023 petition date | compensation for services to Debtor |
| | Relationship to debtor President | | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Case: 23-40604   Doc# 1   Filed: 05/25/23   Entered: 05/25/23 21:09:58   Page 33 of 46

| Debtor | **Mission Autos, Inc.** | Case number *(if known)* |
|---|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 25, 2023**

**/s/ Dan Quoc Pham**             **Dan Quoc Pham**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor       **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Vehicles that Mission Autos transferred on 12/6/2022 as offset to Nextgear**

| Make | Year | VIN# | Book Value | Auction Sold/ Price |
|---|---|---|---|---|
| Infinity QX30 | 2017 | SJKCH5CR2HA032707 | $24,039.00 | ? |
| Hyundai Genesis | 2014 | KMHGC4DD3EU265274 | $13,725.00 | ? |
| Pontiac Solstice | 2006 | 1G2MB33B06Y105212 | $7,623.00 | ? |
| Mini Cooper | 2010 | WMWMF3C58ATU76874 | $6,594.00 | ? |
| Chevrolet Camero | 1998 | 2G1FP22K3W2114882 | $6,925.00 | ? |
| Dodge Charger | 2015 | 2C3CDXBG3FH771680 | $16,000.00 | ? |
| Ford Focus | 2013 | 1FADP3F25DL213169 | $5,250.00 | ? |
| | | **Total** | **$80,156.00** | |

**Vehicles that Mission Autos sent to Auction on 12/2022**
**NextGear will receive proceeds when vehicles sell**

| Make | Year | VIN# | Book Value | Auction Sold/Price |
|---|---|---|---|---|
| Nissan Rogue | 2012 | JN8AS5MT2CW262480 | $4,500.00 | Y / ? |
| Chevrolet Captiva | 2012 | 3GNAL2EK6CS580635 | $3,467.00 | Y / ? |
| Nissan Frontier | 2007 | 1N6AD09U97C456227 | $4,637.00 | Y / ? |
| Mercedes CLK500 | 2006 | WDBTK75J26F173721 | $3,800.00 | Y / ? |
| Chevrolet Malibu | 2010 | 1G1ZC5EB5AF142342 | $1,990.00 | Y / ? |
| Hummer (AMGE) | 1986 | 12257 | $15,000.00 | ? |
| RAM 1500 | 2015 | 3C6JR6DM0FG643650 | $13,876.00 | Y / ? |
| Dodge Dart | 2015 | 1C3CDFAA0FD331470 | $8,265.00 | Y / ? |
| | | **Total** | **$55,535.00** | |

| | | | |
|---|---|---|---|
| | **Total Value** | **$135,691.00** | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**Mission Autos, Inc.**

_____  Debtor(s).  _____  /

<u>CREDITOR MATRIX COVER SHEET</u>

I declare that the attached Creditor Mailing Matrix, consisting of __**7**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **May 25, 2023**

**/s/ Matthew D. Metzger**
_____
Signature of Debtor's Attorney or Pro Per Debtor

700 Credit
Attn: Current Officer
P.O. Box 101015
Pasadena, CA 91189-0003


Ally Bank
Attn: Current Officer
P.O. Box 383902
Minneapolis, MN 55438-0902


Ally Financial, Inc.
Attn: Current Officer
Ally Detroit Center 500
Detroit, MI 48226


Automotive Finance Corporation
Attn: Current Officer
13085 Hamilton Crossing Blvd, Suite 300
Carmel, IN 46032


Bank of Stockton
Attn: Current Officer
555 W. Benjamin Holt Drive, Suite 312
Stockton, CA 95207


BARR Credit Services
Attn: Current Officer
3444 N country Club Road, Suite 200
Tucson, AZ 85716


California Depart of Tax & Fee Admin.
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


California Dept. of Motor Vehicles
P.O. Box 942869
Sacramento, CA 94232-3660

CARFAX, Inc.
Attn: Current Officer
16630Collection Center Drive
Chicago, IL 60093


CIG Financial, LLC
Attn: Current Officer
P.O. Box 19795
Irvine, CA 92623


City of Menlo Park
Attn: City Counsel
701 Laurel Street
Menlo Park, CA 94025


City of Menlo Park
P.O. Box 1329
San Jose, CA 95109-1329


Consumer Portfolio Services, Inc.
Attn: Current Officer
19500 Jamboree Road, Suite 600
Irvine, CA 92612


Corodata Shredding, Inc.
Attn: Curent Officer
P.O. Box 846137
Los Angeles, CA 90084-6137


Cox Automotive Inc.
Attn: Current Officer
P.O. Box 105156
Atlanta, GA 30348-5156


Dan Pham
3650 Pleasant Knoll Ct.
San Jose, CA 95148

```
DealerCenter
Attn: Current Officer
4751 Wilshire Blvd, Suite 205
Los Angeles, CA 90010


Diego Ruiz
SADR Law Firm APLC
1455 Frazee Rd., Ste 500
San Diego, CA 92108-4350


EGV Companies, Inc.
Attn: Current Officer
16150 Main Circle Drive, Suite 410
Chesterfield, MO 63017


Emmett Gilman
The Gilman Law Firm
500 California Street, Suite 1663
San Francisco, CA 94104


Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 95814


Equifax Information Services
P.O. Box 740256
Atlanta, GA 30374


Experian
Po Box 2002
Allen, TX 75013


Fastrack
Attn: Current Officer
P.O. Box 26911
San Francisco, CA 94123
```

Global Lending Services
Attn: Current Officer
P.O. Box 970
Wilmington, OH 45177


Hudson Insurance Company
Attn: Current Officer
851 Napa VAlley Corporate WAy, Sutie N
Napa, CA 94558


Joshua P. Friedman & Associates, Inc.
23679 Calabasas Road, Suite 377
Calabasas, CA 91302


JPMorgan Chase Bank
Attn: Jamie Dimon, CEO
1111 Polaris Pkwy
Columbus, OH 43240


JPMorgan Chase Bank, N.A.
Attn: Jamie Dimon, Current Officer
P.O. Box 182051
Columbus, OH 43218-2051


Kinetic Advantage, LLC
Attn: Current Officer
10333 N. Meridian Street, Suite 400
Indianapolis, IN 46290-1112


Law Offices of Gary A. Weis
Attorney at Law
17451 Sarita Avenue
Canyon Country, CA 91387


Linebarger Goggan Blair & Sampson, LLP
Attorney at Law
5801 Soundview Drive NW, Suite 50B
Gig Harbor, WA 98335

Lobel Financial
Attn: Current Officer
P.O. Box 3000
Anaheim, CA 92803-3000


Luis Camacho
c/o Pauliana N. Lara
Consumer Action Law Group, P.C
3700 Eagle Rock Boulevard
Los Angeles, CA 90065


Manheim
Attn: current officer
P.O. Box 105511
Atlanta, GA 30348


Meriwest Credit Union
Attn: Current Officer
5615 Chesbro Ave.
San Jose, CA 95123


NextGear Capital, Inc.
Attn: Current Officer
11799 N. College Ave.
Carmel, IN 46032-5605


Nor Cal Auto, LLC
Attn: Managing Member/current officer
2975 El Camino Real
Santa Clara, CA 95051


O'Hagan Meyer LLC
1 East Wacker Drive, Suite 3400
Chicago, IL 60601


Ongaro PC
1604 Union Street
San Francisco, CA 94123

```
RG Financial Groups, LLC
313 Gabriel Circle # 1
Naples, FL 34102


San Mateo Credit Union
Attn: Current Officer
P.O. Box 910
Redwood City, CA 94064-0910


SF Treasurer and Tax Collector
City and County of San Francisco
Bureau of Delinquent Revenut Dept.
P.O. Box 7027
San Francisco, CA 94120-7024


SFMTA
Customer Servive Center
11 South Van Ness Avenue
San Francisco, CA 94103


SFMTA
P.O. Box 649007
San Francisco, CA 94164-9007


Southern Auto Finance Company, LLC
Attn: Current Officer
P.O. Box 1808
Pompano Beach, FL 33061


Spireon
Attn: Current Officer
18881 Von Karman Ave., Suite 1500
Irvine, CA 92612


TransUnion
P.O. Box 2000
Chester, PA 19022-2000
```

```
U.S. Small Business Administration
Attn:  District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105


US Bank Equipment Finance
Attn: Current Officer
P.O. Box 790048
Saint Louis, MO 63179-0448



Veritas Global Protection
Attn: Current Officer
3550 N. Central Ave.
Phoenix, AZ 85012


Westlake Flooring Company, LLC
Attn: Current Officer
4751 Wilshier Blvd, Suite 100
Los Angeles, CA 90010


Westlake Services, LLC
c/o Joshua P. Friedman & Assoc, Inc.
23679 Calabasas Road, Suite 377
Calabasas, CA 91302
```

# United States Bankruptcy Court
## Northern District of California

In re  **Mission Autos, Inc.**
_____

Debtor(s)

Case No. _____

Chapter  **7**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mission Autos, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dan Pham**
**3650 Pleasant Knoll Ct.**
**San Jose, CA 95148**

☐ None [*Check if applicable*]

**May 25, 2023**
_____

Date

**/s/ Matthew D. Metzger**
_____

**Matthew D. Metzger 240437**

Signature of Attorney or Litigant

Counsel for   **Mission Autos, Inc.**
_____

**Belvedere Legal, PC**
**1777 Borel Place, Suite 314**
**San Mateo, CA 94402**
**415-513-5980 Fax:415-513-5985**
**info@belvederelegal.com**

In re    **Mission Autos, Inc.**                 Case No. _____

                                    Debtor(s)            Chapter     **7** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dan Quoc Pham**, declare under penalty of perjury that I am the **President** of **Mission Autos, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __25th__ day of May, 2023 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dan Quoc Pham, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dan Quoc Pham, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dan Quoc Pham, President** of this Corporation is authorized and directed to employ **Matthew D. Metzger 240437**, attorney and the law firm of **Belvedere Legal, PC** to represent the corporation in such bankruptcy case."

Date   **May 25, 2023** _____        Signed   **/s/ Dan Quoc Pham** _____

                                                             **Dan Quoc Pham**

Resolution of Board of Directors
of
**Mission Autos, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dan Quoc Pham**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dan Quoc Pham**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dan Quoc Pham**, **President** of this Corporation is authorized and directed to employ **Matthew D. Metzger 240437**, attorney and the law firm of **Belvedere Legal, PC** to represent the corporation in such bankruptcy case.

Date    **May 25, 2023**           Signed    **/s/ Dan Quoc Pham**

                                                       **Dan Quoc Pham**